```
1  BENJAMIN B. WAGNER
   United States Attorney
2  EDWARD A. OLSEN
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California  95814
4  Telephone: (916) 554-2821
   Facsimile:  (916) 554-2900
5
   Attorneys for the United States of America
6
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| JAYME REYNOLDS,<br><br>    Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA; UNITED STATES POSTAL SERVICE; ALVA LOUISE MATTHEWS; DOES 1 THROUGH 50,<br><br>    Defendants. | CASE NO. 2:10-cv-00161-FCD-EFB<br><br>**NOTICE OF SUBSTITUTION OF THE UNITED STATES AS THE SOLE PROPER DEFENDANT; ORDER**<br><br>**[28 U.S.C. § 2679(d)** |
|---|---|

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE THAT, pursuant to the certification of federal employment filed concurrently herewith, the United states of America is hereby substituted by operation of 28 U.S.C. § 2679(d)(2) as the sole defendant in this action in place of Alva Louise Matthews, the United States Postal Service and Does 1-50.

                                                   Respectfully submitted,

                                                   BENJAMIN B. WAGNER
                                                   United States Attorney

Date: November 23, 2010                   */s/ Edward A. Olsen*
                                By:   EDWARD A. OLSEN
                                       Assistant United States Attorney

//

**ORDER**

IT IS HEREBY ORDERED that plaintiffs' claims against Alva Louise Matthews, the United States Postal Service, and Does 1 through 50 are dismissed with prejudice.

Date: November 23, 2010

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE