IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAYME REYNOLDS,

    Plaintiff,

vs.

UNITED STATES OF AMERICA,

    Defendant.

No. CIV S-10-0161 EFB

ORDER TO SHOW CAUSE

---

This case is before the undersigned due to the consent of the parties. *See* 28 U.S.C. § 636(c); E.D. Cal. L.R. 305; Dckt. No. 23. On February 8, 2012, the case was before the undersigned for a final pretrial conference.[1] Attorneys Edward A. Olsen and J. Earlene Gordon appeared on behalf of defendant; no appearance was made on behalf of plaintiff.

The status (pretrial scheduling) order, which was issued in this case on January 7, 2011, cautions counsel "that counsel appearing for pretrial will in fact try the matter" and that "[c]ounsel for all parties are to be fully prepared for trial at the time of the pretrial conference, with no matters remaining to be accomplished except production of witnesses for oral testimony." Dckt. No. 24 at 4. The order further provides that "[c]ounsel are referred to Local

---

[1] The final pretrial conference was originally scheduled to occur on January 11, 2012. Dckt. No. 24. However, on January 10, 2012, the parties filed a stipulation to continue the final pretrial conference "to a date mutually acceptable to the court and counsel," due to the unavailability of plaintiff's counsel. Dckt. No. 29. Therefore, on January 10, 2012, the undersigned reluctantly approved the stipulation, continued the final pretrial conference to February 8, 2012, and continued the trial date to April 16, 2012. Dckt. No. 30.

1

Rules 281 and 282 relating to pretrial statements and conferences" and that "A FAILURE TO COMPLY WITH LOCAL RULES 281 AND 282 WILL BE GROUNDS FOR SANCTIONS." *Id.* Additionally, the order reminds counsel that "pursuant to Federal Rule of Civil Procedure 16, it will be their duty at the pretrial conference to aid the court in (a) formulation and simplification of issues and the elimination of meritless claims or defenses; (b) settling of facts which should be properly admitted; and (c) avoidance of unnecessary proof and cumulative evidence," and that a failure to participate in good faith at the pretrial conference with those aims in mind may result in the imposition of sanctions. *Id.* at 6. Obviously, plaintiff's counsel's failure to appear has complied with none of those requirements.

Therefore, plaintiff's counsel will be ordered to show cause why plaintiff and/or plaintiff's counsel should not be sanctioned and/or this action dismissed for failure to appear at the February 8, 2012 final pretrial conference.[2] *See* E.D. Cal. L.R. 110 ("Failure of counsel or of a party to comply with these Rules or with any order of the Court may be grounds for imposition by the Court of any and all sanctions authorized by statute or Rule or within the inherent power of the Court."); *Ghazali v. Moran*, 46 F.3d 52, 53 (9th Cir. 1995) ("Failure to follow a district court's local rules is a proper ground for dismissal."). Additionally, as a result of plaintiff's failure to appear, the final pretrial conference will be continued to February 15, 2012.

Accordingly, IT IS HEREBY ORDERED that:

1. On or before Friday, February 10, 2012, plaintiff's counsel shall show cause, in writing, why plaintiff and/or plaintiff's counsel should not be sanctioned and/or this action dismissed for failure to appear at the February 8, 2012 final pretrial conference.

2. Also on or before February 10, 2012, defendant's counsel may submit a declaration regarding the costs and/or fees incurred as a result of appearing at the February 8, 2012 final pretrial conference.

---

[2] Defendant's counsel will be given an opportunity to submit a declaration regarding the costs and/or fees incurred as a result of appearing at that conference.

3. The final pretrial conference is continued to February 15, 2012 at 10:00 a.m. in Courtroom No. 24.

4. Failure to comply with this order may result in the imposition of sanctions, including dismissal for lack of prosecution and/or for failure to comply with this court's orders and Local Rules. *See* Fed. R. Civ. P. 41(b).

SO ORDERED.

DATED: February 8, 2012.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE