1

2

3

4

5

6

7

8                        IN THE UNITED STATES DISTRICT COURT

9                     FOR THE EASTERN DISTRICT OF CALIFORNIA

10   JAYME REYNOLDS,

11              Plaintiff,                    No. CIV S-10-161 EFB

12        vs.

13   UNITED STATES OF AMERICA,        ORDER RE SETTLEMENT & DISPOSITION

14              Defendant.
     _____/

15

16        Pursuant to the representations of counsel for the parties at a Settlement Conference

17   conducted in Chambers on March 26, 2012, the court has determined that the above-captioned

18   case has settled.

19        The court now orders that dispositional documents are to be filed not later than May 29,

20   2012.

21        All deadlines and hearing dates set in this matter, including the court trial currently set

22   for April 16, 2012, are **VACATED.**

23   ////

24   ////

25   ////

26

                                               1

1    <u>FAILURE TO COMPLY WITH THIS ORDER MAY BE GROUNDS FOR THE</u>

2    <u>IMPOSITION OF SANCTIONS ON ANY AND ALL COUNSEL OR PARTIES WHO</u>

3    <u>CONTRIBUTED TO THE VIOLATION OF THIS ORDER</u>.

4         IT IS SO ORDERED.

5    DATED:  March 26, 2012.

6                                              EDMUND F. BRENNAN

7                                              UNITED STATES MAGISTRATE JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26