IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JAYME REYNOLDS, | | |
| | Plaintiff, | No. CIV S-10-161 EFB |
| | vs. | |
| UNITED STATES OF AMERICA, | | ORDER RE SETTLEMENT & DISPOSITION |
| | Defendant. | |
| _____/ | | |

Pursuant to the representations of counsel for the parties at a Settlement Conference conducted in Chambers on March 26, 2012, the court has determined that the above-captioned case has settled.

The court now orders that dispositional documents are to be filed not later than May 29, 2012.

All deadlines and hearing dates set in this matter, including the court trial currently set for April 16, 2012, are **VACATED.**

////

////

////

1

1     <u>FAILURE TO COMPLY WITH THIS ORDER MAY BE GROUNDS FOR THE</u>
2 <u>IMPOSITION OF SANCTIONS ON ANY AND ALL COUNSEL OR PARTIES WHO</u>
3 <u>CONTRIBUTED TO THE VIOLATION OF THIS ORDER</u>.
4     IT IS SO ORDERED.
5 DATED: March 26, 2012.

*/s/ Edmund F. Brennan*
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE