BENJAMIN B. WAGNER
United States Attorney
EDWARD A. OLSEN, CSBN 214150
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2821
Facsimile: (916) 554-2900

Attorneys for Defendant

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAYME REYNOLDS, | No. 2:10-CV-00161-EFB |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER APPROVING COMPROMISE SETTLEMENT AND DISMISSING ACTION WITH PREJUDICE** |
| UNITED STATES OF AMERICA, | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between Plaintiff Jayme Reynolds and the United States of America, by and through their respective attorneys, as follows:

1. The parties do hereby agree to settle and compromise the above-entitled action and dismiss the action with prejudice under the terms and conditions set forth herein.

2. The United States of America agrees to pay to Plaintiff Jayme Reynolds the sum of Fifty Thousand Dollars and no cents ($50,000.00), which sum shall be in full settlement and satisfaction of any and all claims, demands, rights, and causes of action of whatsoever kind and nature, arising from the subject matter that gave rise to the above-captioned lawsuit.

3. Plaintiff hereby releases and discharges the United States of America and all of its agencies, past and present officials, agents, employees, attorneys, insurers, their successors and assigns, from any and all obligations, damages, liabilities, actions, causes of action, claims and demands of any kind and nature whatsoever, whether suspected or unsuspected, foreseen or unforeseen, known or

STIPULATION AND ORDER APPROVING COMPROMISE SETTLEMENT AND DISMISSING CASE
2:10-CV-00161-EFB

unknown, at law or in equity, arising out of the allegations set forth in Plaintiff's Complaint.

4. This stipulation for compromise settlement shall not constitute an admission of liability or fault on the part of the United States of America, the United States Postal Service, or their officials, agents, employees, attorney, insurers, servants, or employees, and is entered into by the parties for the purpose of compromising disputed claims and avoiding the expenses and risks of litigation.

5. This Agreement may be pled as a full and complete defense to any subsequent action or other proceeding involving any person or party which arises out of the claims released and discharged by the Agreement.

6. It is also agreed, by and among the parties, that the settlement amount of Fifty Thousand Dollars and no cents ($50,000.00) to Jayme Reynolds represents the entire amount of the compromise settlement and that the respective parties will each bear their own costs, fees, and expenses and that any attorneys' fees owed by Plaintiff will be paid out of the settlement amount and not in addition thereto.

7. It is also understood by and among the parties that, pursuant to Title 28, the United States Code, Section 2678, attorneys' fees for services rendered in connection with this action shall not exceed 25 percent of the amount of the compromise settlement.

8. Payment of the settlement amount will be made by a check drawn on the United States Postal Service for Fifty Thousand Dollars and no cents ($50,000.00) and made payable to the Piering Law Firm.  The check will be mailed to the Piering Law Firm, 455 Capitol Mall, Suite 350, Sacramento, CA 95814.

9. Plaintiff and her attorney are responsible for payment of any taxes that may be due on the settlement proceeds and the United States of America makes no representation as to any tax consequences or liabilities Plaintiff and her attorney may incur as a result of this settlement.  If any withholding or income tax liability is imposed upon Plaintiff based on payment of the settlement sum received herein, Plaintiff shall be solely responsible for paying any such determined liability from any government agency thereof.  Plaintiff will indemnify and hold harmless Defendant from any liability it incurs from any government agency arising out of any failure by Plaintiff to pay for

STIPULATION AND ORDER APPROVING COMPROMISE SETTLEMENT AND DISMISSING CASE
2:10-CV-00161-EFB

1  any liability she might incur from any government agency.

2  10. Plaintiff has been informed that payment may take sixty days or more to process, but
3  Defendant agrees to make good faith efforts to expeditiously process said payment.

4  11. The parties agree that should any dispute arise with respect to the implementation of the
5  terms of this Agreement, Plaintiff shall not seek to rescind the Agreement and pursue her original
6  causes of action. Plaintiff's sole remedy in such a dispute is an action to enforce the Agreement in
7  district court. The parties agree that the district court will retain jurisdiction over this matter for the
8  purposes of resolving any dispute alleging a breach of this Agreement.

9  12. The provisions of California Civil Code Section 1542 are set forth below:

10  "A general release does not extend to claims which the creditor does not know or suspect to
exist in his favor at the time of executing the release, which if known by him must have
11  materially affected his settlement with the debtor."

12  Plaintiff having been apprised of the statutory language of California Civil Code Section 1542
13  by her attorney, and fully understanding the same, nevertheless elects to waive the benefits of any
14  and all rights she may have pursuant to the provision of that statute and any similar provision of
15  federal law. Plaintiff understands that, if the facts concerning Plaintiff's injuries and the liability of
16  the government for damages pertaining thereto are found hereinafter to be other than or different
17  from the facts now believed by them to be true, the Agreement shall be and remain effective
18  notwithstanding such material difference.

19  13. The parties agree that this Stipulation for Compromise Settlement and Dismissal, including
20  all the terms and conditions of this compromise settlement and any additional agreements relating
21  thereto, may be made public in their entirety, and plaintiff expressly consents to such release and
22  disclosure pursuant to 5 U.S.C. § 552a(b).

23  14. This instrument shall constitute the entire Agreement between the parties, and it is
24  expressly understood and agreed that the Agreement has been freely and voluntarily entered into by
25  the parties hereto with the advice of counsel, who have explained the legal effect of this
26  Agreement. The parties further acknowledge that no warranties or representations have been made
27  on any subject other than as set forth in this Agreement. This Agreement may not be altered,

28  STIPULATION AND ORDER APPROVING COMPROMISE SETTLEMENT AND
DISMISSING CASE
2:10-CV-00161-EFB

1  modified or otherwise changed in any respect except by writing, duly executed by all of the parties or their authorized representatives.

2  15. If any provision of this Agreement is determined to be invalid, illegal, or unenforceable, the validity, legality, and enforceability of the remaining provisions shall not in any way be affected or impaired thereby.

Dated:  March 26, 2012                 */s/ Jayme Reynolds*   (*original signature on file*)
                                       JAYME REYNOLDS
                                       Plaintiff

Dated:  March 26, 2012                 */s/ Robert A. Piering*  (*original signature on file*)
                                       ROBERT A. PIERING
                                       Attorney for Plaintiff

Dated:  March 26, 2012                 BENJAMIN B. WAGNER
                                       United States Attorney

                                       */s/ Edward A. Olsen*   (*original signature on file*)
                                       EDWARD A. OLSEN
                                       Assistant United States Attorney

### **ORDER**

Pursuant to the terms of the parties' stipulation to a compromise settlement and pursuant to Fed. R. Civ. P. 41(a)(1), IT IS HEREBY ORDERED THAT the above-captioned case is dismissed with prejudice.

Dated:  March 29, 2012.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

STIPULATION AND ORDER APPROVING COMPROMISE SETTLEMENT AND DISMISSING CASE
2:10-CV-00161-EFB